

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:14-CR-434-ODE |
| YESENIA ISABEL DAVILA ABARCA | |

ORDER

This criminal action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed February 12, 2015 ("R&R") [Doc. 30]. No objections have been filed.[1]

In the R&R, Judge Baverman recommends that Defendant's Motion to Suppress Evidence [Doc. 27] be DENIED and that Defendant's Motion to Suppress Statements [Doc. 26] requesting a pre-trial hearing on the issues of voluntariness and potential <u>Miranda</u> violations be DENIED IN PART as to Defendant's <u>Miranda</u> grounds and DEFERRED IN PART to this Court as to any hearing on voluntariness [Doc. 30 at 8].[2]

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court.

---

[1] An extension until March 12, 2015 was granted to defense counsel to file objections [Doc. 34]. However, to date, no objections have been filed by either party.

[2] Judge Baverman also notes that defense counsel was given the opportunity to supplement her motions and failed to do so [Doc. 30 at 1].

As to the hearing regarding the voluntariness of Defendant's statements, such a hearing pursuant to Jackson v. Denno, 378 U.S. 368 (1964), is DEFERRED until trial.

SO ORDERED this 25 day of March, 2015.

                                                  ORINDA D. EVANS
                                                  UNITED STATES DISTRICT JUDGE